IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KAY LYNN GILBERT                                                                                    PLAINTIFF

v.                                          Case No. 2:15-CV-2078

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                    Sure                              DEFENDANT

## ORDER

      The Court has received proposed findings and recommendations (Doc. 10) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

      **IT IS SO ORDERED** this 10th day of May, 2016.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE